UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 02136**

|  |  |
|---|---|
| GOVERNING DYNAMICS INVESTMENTS, LLC,    Plaintiff, | Case No. _____ |
| -v- | Rule 7.1 Statement |
| SYNOVICS PHARMACEUTICALS, INC., f/k/a BIONUTRICS, INC.,    Defendant. | RECEIVED MAR 03 2008 U.S.D.C. S.D.N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GOVERNING DYNAMICS INVESTMENTS, LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** March 3, 2008

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:** BRM3007