UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GOVERNING DYNAMICS
INVESTMENTS, LLC,

             Plaintiff,

    -against-

SYNOVICS PHARMACEUTICALS, INC.,
f/k/a BIONUTRICS, INC.,

             Defendant.

------------------------------------------------------------X

Case No. 08 Civ. 2136 (LTS)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Governing Dynamics Investments, LLC, hereby dismisses the action. Said dismissal is filed without court order and without prejudice, since defendant has not served an answer to or motion for summary judgment with respect to any of the causes of action set forth by plaintiff in its complaint.

Dated:  New York, New York
          May 27, 2008

EATON & VAN WINKLE LLP

By: _____
Brendan R. Marx (BRM-3007)

*Attorneys for Plaintiff, Governing
Dynamics Investment, LLC*

3 Park Avenue
New York, New York 10016
Tel. No. (212) 779-9910

TO:  SYNOVICS PHARMACEUTICALS, INC.
       5360 Northwest 35th Avenue
       Ft. Lauderdale, FL 33309.

SO ORDERED

_____
U.S.D.J.